IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO RAMOS GALI, | No. C 07-3569 MJJ (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| BENJAMIN S. LOVE; REDDING POLICE DEPARTMENT, | **(Docket Nos. 2 & 4)** |
| Defendants. | |

Plaintiff, a California prisoner pro proceeding pro se and incarcerated at the California State Prison, Corcoran ("Corcoran"), filed this civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendants, a police officer in Redding, California, and the Redding Police Department, took his money and have not returned it to him.

Venue may be raised by the court sua sponte where the defendant has not yet filed a responsive pleading and the time for doing so has not run. See Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986). When jurisdiction is not founded solely on diversity, venue is proper in (1) the district in which any defendant resides, if all of the defendants reside in the same state; (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. See 28 U.S.C. § 1391(b). When venue is improper, the district court has the discretion to either dismiss the case or transfer it "in the interest of justice." See 28 U.S.C. § 1406(a).

Defendants are located in Redding, California, where the alleged actions giving rise to

N:\MJJ\HC Orders\gali.trn.wpd

1  the claims took place.  Redding is located in Shasta County, which is within the venue of the
2  Eastern District of California.  See 28 U.S.C. §§ 84(b),(d).[1]  In the interest of justice, this
3  action is hereby TRANSFERRED to the United States District Court for the Eastern District
4  of California.  In light of this transfer, the Court will defer to the Eastern District for a ruling
5  on plaintiff's applications to proceed in forma pauperis and his motion for appointment of
6  counsel.
7       This order terminates Docket Nos. 2 & 4 from this court's docket.
8       The Clerk is directed to transfer the action forthwith.
9       IT IS SO ORDERED.
10  DATED: 8/8/2007

_____
MARTIN J. JENKINS
United States District Judge

United States District Court

_____

28  [1] Corcoran, where plaintiff is located, is also in the venue of the Eastern District.

N:\MJJ\HC Orders\gali.trn.wpd         2